UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: VAUGHAN COMPANY, REALTORS,     Case No. 10-10759

    Debtor.

---

JUDITH A. WAGNER, Chapter 11 Trustee
Of the bankruptcy estate of the Vaughan Company,
Realtors,

    Plaintiff,

v.     Adv. No. 12-1004

DEREK PINTADO and
BRETT PINTADO,

    Defendants.

## PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF

IN ACCORDANCE with the Court's Memorandum entered herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Trustee's Motion for Summary Judgment (Docket No. 45) is GRANTED.

2. A money judgment in the total amount of $78,356.24 - plus post-judgment interest from the date of entry of this Judgment at the federal judgment rate - is entered in favor of the Trustee and against Defendants Derek Pintado and Brett Pintado on Count 3 (Fraudulent transfer under 11 U.S.C. §§ 548(a)(1)(B) and 550) and Count 5 (Fraudulent transfer under 11 U.S.C. §§ 544(b) and 550 and N.M.S.A. 1978 § 56-10-18(A)(2)) of the Trustee's Complaint.

_/s/ Robert H. Jacobvitz_
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Entered on: March 13, 2014

COPY TO:

James Askew, Edward Mazel, & Daniel White
320 Gold Ave S.W., Suite 300A
Albuquerque, NM 87102

Derek Pintado and Brett Pintado
1837 Locust St.
Pittsburgh, PA 15219